E-FILED 10-23-09

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONG SUN KIM,** | **CASE NO. CV 09-2664-GHK (SSx)** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **BNC MORTGAGE, INC., et al.,** | |
| Defendants. | |

Pursuant to our October 8, 2009 Order, Defendants Wells Fargo Bank N.A., erroneously sued as Wells Fargo Home Mortgage, Inc., and U.S. Bank National Association are hereby **DISMISSED with prejudice**. Pursuant to our October 23, 2009 Order, Defendant Global Funding is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: October 23, 2009

_____
GEORGE H. KING
United States District Judge